

# Fourth Court of Appeals
## San Antonio, Texas

May 9, 2013

No. 04-12-00772-CV

W.H. **SUTTON**, Arctic Royalty Limited Partnership, Julie S. Mueller, Janet Lee Smith as Trustee of the Janet Lee Smith Family Trust, Anita Louise Davies as Trustee of the Anita Louise Davies Family Trust and Frederick Jackson Bell Jr., et al.,
Appellants

v.

**SM ENERGY COMPANY,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2011CVQ001903 D3
Honorable Elma T. Salinas Ender, Judge Presiding

# O R D E R

Appellants have filed their ninth motion to extend time to file the appellants' brief. The motion is opposed by appellee. This court has previously granted appellants eight extensions of time to file the brief for a total of one hundred and eleven (111) days. After review, we **GRANT** appellants' ninth motion to extend time to file the brief, and add additional days to the extension requested to preclude any further request for additional extensions. We **ORDER** appellants to file their brief in this court on or before **May 13, 2013**. With the granting of this ninth extension, appellants have been given one hundred and twenty-one (121) days from the original due date to file their brief. We advise appellants that <u>**NO FURTHER EXTENSIONS OF TIME TO FILE THE BRIEF WILL BE GRANTED**</u>.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of May, 2013.

_____
Keith E. Hottle
Clerk of Court